IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JIMMIE POWELL,

      Petitioner,

v.                                                                      CASE NO. 4:08-cv-00532-MP-WCS

CHARLIE CRIST,
WALTER A MCNEIL,

      Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 10,  Report and Recommendation of the

Magistrate Judge, recommending that the Petition for Writ of Habeas Corpus be summarily

dismissed as untimely.  The time for filing objections has passed, and none have been filed.   The

Court agrees that Petitioner's federal limitations period had already run by the time any state

collateral attacks were filed.  Thus, this petition is untimely filed.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      1.     The Report and Recommendation of the Magistrate Judge is adopted and
            incorporated herein.

      2.     This case is dismissed with prejudice, and the Clerk is directed to close the file.

      **DONE AND ORDERED** this  _22nd_  day of May, 2009


                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge